IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Carlos McMicheal, also known as Carlos Al McMichael, SCDC ID No. 310820, | ) ) ) | C/A No. 8:13-263-TMC-JDA |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| John Pate, Warden; McKendley Newton, A/warden; Aurther Jordan, A/warden; Walter Worrock; Joseph DeLoach, Capt; Thomas E. Byrne, MD; A. Jamison, Officer; Officer Chaney; G. Donaldson; Investigator Orr; Jermaine Donaldson; John Does; sued in their individual and official capacity, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983.   This matter is before the court for review of the Report and Recommendation of the United States Magistrate Judge Jacquelyn D. Austin made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court.   The recommendation has no presumptive weight.   The responsibility to make a final determination remains with this court.   *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976).   The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objections are made, and the court may accept, reject, or modify, in whole or in part, the Magistrate Judge's recommendation or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

Plaintiff was advised of his right to file objections to the Report and Recommendation. (ECF No. 23 at 7.)   However, Plaintiff filed no objections to the

Report and Recommendation.

In the absence of objections to the Magistrate Judge's Report and Recommendation, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts the Magistrate Judge's Report and Recommendation (ECF No. 23) and incorporates it herein. It is therefore **ORDERED** that the Complaint is summarily **DISMISSED** as to Defendant Jermaine Donaldson without prejudice and without issuance of service of process. It is further **ORDERED** that Plaintiff's Complaint shall be served upon the remaining Defendants.

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

Anderson, South Carolina
May 2, 2013

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.